UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARIAM DAVITASHVILI, ADAM BENSIMON, and MIA SAPIENZA, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br>   v.<br><br>GRUBHUB INC. (a/d/b/a SEAMLESS), DOORDASH INC., POSTMATES INC., and UBER TECHNOLOGIES, INC., in its own right and as parent of wholly owned subsidiary UBER EATS,<br><br>       Defendants. | No. 20-cv-03000 (LAK)<br><br>**FILED VIA ECF** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Asher Hawkins, of the law firm of Frank LLP, who is admitted and authorized to practice before this Court, is hereby entering an appearance in the above-captioned case, as counsel on behalf of Plaintiffs Mariam Davitashvili, Adam Bensimon, and Mia Sapienza, individually and on behalf of all others similarly situated.

Dated: New York, New York
    May 26, 2020

                    Respectfully submitted,

                    **FRANK LLP**

                    By: */s/ Asher Hawkins*
                    Asher Hawkins (AH2333)
                    370 Lexington Avenue, Suite 1706
                    New York, New York 10017
                    Tel: (212) 682-1853
                    Fax: (212) 682-1892
                    ahawkins@frankllp.com