UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARIAM DAVITASHVILI, et al,

                   Plaintiffs,

       -against-                                        20-cv-3000 (LAK)

GRUBHUB INC., etc., et ano.,

                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PHILIP ELIADES, et al.,

                   Plaintiffs,

       -against-                                        20-cv-5134 (LAK)

GRUBHUB INC., etc., et ano.,

                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiffs' motions to consolidate these actions and appoint their counsel as interim class counsel is granted to the extent that the actions are consolidated and denied in all other respects.  There is simply no need or justification to appoint anyone as interim class counsel, at least at this point in the litigation.

        SO ORDERED.

Dated:       July 18, 2020

                                                  Lewis A. Kaplan
                                     United States District Judge