**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| MARIAM DAVITASHVILI, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03000 (LAK) |
| v. | **ECF Case** |
| GRUBHUB INC., *et al.*, | **Electronically filed** |
| Defendants. | |

## NOTICE OF JOINT MOTION TO DISMISS THE
## AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the Amended Consolidated Class Action Complaint, dated August 19, 2020, the accompanying Defendants' Joint Memorandum of Law in Support of Their Joint Motion to Dismiss the Amended Consolidated Class Action Complaint; the accompanying Declaration of Steven C. Sunshine, dated October 19, 2020 and exhibits thereto; and upon all prior papers and proceedings had herein, Defendants Grubhub Inc., Uber Technologies, Inc., and Postmates Inc. will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, pursuant to the Federal Rules of Civil Procedure 12(b)(6), for an Order dismissing the Amended Consolidated Class Action Complaint with prejudice.

Dated: Washington, DC
October 19, 2020

/s/ *Steven C. Sunshine*
Steven C. Sunshine
SKADDEN, ARPS, SLATE,
   MEAGHER, & FLOM, LLP
1400 New York Avenue N.W.
Washington, D.C. 20005
steve.sunshine@skadden.com

Karen M. Lent
Evan Kreiner
SKADDEN, ARPS, SLATE,
   MEAGHER, & FLOM, LLP
One Manhattan West
New York, NY 10001
karen.lent@skadden.com
evan.kreiner@skadden.com

*Counsel for Defendant Postmates Inc.*

/s/ *Derek Ludwin* (*with permission*)
Derek Ludwin
Stacey K. Grigsby
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001
dludwin@cov.com
sgrigsby@cov.com

Andrew A. Ruffino
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
aruffino@cov.com

*Counsel for Defendant Uber Technologies, Inc.*

/s/ *David J. Lender (with permission)*
David J. Lender
Eric S. Hochstadt
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
david.lender@weil.com
eric.hochstadt@weil.com

*Counsel for Defendant Grubhub Inc.*