**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MARIAM DAVITASHVILI, ADAM BENSIMON, MIA SAPIENZA, PHILIP ELIADES, JONATHAN SWABY, JOHN BOISI, NATHAN OBEY, and MALIK DREWEY, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

GRUBHUB INC., UBER TECHNOLOGIES, INC., and POSTMATES INC.,

    Defendants.

Case No. 20-cv-03000 (LAK)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/21
```

## NOTICE OF **PARTIAL** VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs in the above-captioned action, by their undersigned attorneys, hereby give notice of voluntary dismissal of all claims against Defendant DoorDash Inc. ("DoorDash") without prejudice. DoorDash was named in the initial complaint filed in this action, ECF No. 1, but was not named in *Eliades et al. v. Grubhub Inc. et al.*, No. 1:20-cv-5134, which has been consolidated with this action, and is not named in Plaintiffs' Amended Consolidated Class Action Complaint, ECF No. 24. As of the date of this notice, DoorDash has not served an answer or a motion for summary judgment in response to any complaint in the above-captioned action.

Dated: August 24, 2020

By: /s/ Gregory A. Frank
Gregory A. Frank (GF0531)
Marvin L. Frank (MF1436)
Asher Hawkins (AH2333)
FRANK LLP
370 Lexington Avenue, Suite 1706
New York, New York 10017
Tel: (212) 682-1853
Fax: (212) 682-1892
info@frankllp.com

/s/ Kyle W. Roche
Kyle W. Roche
Edward Normand
Stephen Lagos
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016
kyle@rcfllp.com
tnormand@rcfllp.com
slagos@rcfllp.com

*Attorneys for Plaintiffs*

It is so ORDERED.

Signed at New York, NY on 8/25, 2020.

_____
Honorable Lewis A. Kaplan
United States District Judge

2