UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

MARIAM DAVITASHVILI, et al.,

                Plaintiffs,

-against-                                  20-cv-3000 (LAK)
                                                            and consolidated case

GRUBHUB, INC., et al.,

                Defendants.

------------------------------------------x

## RENUNCIATION

LEWIS A. KAPLAN, *District Judge*.

      I hereby irrevocably waive, disclaim and renounce any and all claims, causes of action, or interests I now have, or might hereafter have, of any kind whatsoever, individually or as a member of any class (including any putative class) in this action and any action now or hereafter pending in any court arising out of any of the matters alleged in the consolidated amended complaint herein. The purpose of this renunciation is to remove any possible conflict of interest that might cause my disqualification under 28 U.S.C. § 455, or otherwise.

Dated: July 1, 2021

                                                                              Lewis A. Kaplan
                                                                    United States District Judge