UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
Mariam Davitashvili, et al.,

                Plaintiff,

       -against-                         20-cv-3000 (LAK)

Grubhub Inc., et al.,

                Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The Court will hold a scheduling conference by video-conference on June 8, 2022. Counsel of record will be sent invites by email. A public dial in number for listening by audio only will be posted on ECF.

      SO ORDERED.

Dated:    June 1, 2022

                                                 Lewis A. Kaplan
                                          United States District Judge