

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIAM DAVITASHVILI, ADAM BENSIMON, MIA SAPIENZA, PHILIP ELIADES, JONATHAN SWABY, JOHN BOISI, NATHAN OBEY, and MALIK DREWEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRUBHUB INC., UBER TECHNOLOGIES, INC., and POSTMATES INC.,<br><br>Defendants. | Civ. No. 1:20-cv-03000-LAK<br><br>**STIPULATION OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by their undersigned counsel, hereby stipulate that Plaintiff Mia Sapienza's claims against Defendants Grubhub Inc., Uber Technologies, Inc., and Postmates, LLC shall be dismissed without prejudice and without costs or attorneys' fees to any party.[1] For the avoidance of doubt, this stipulation has no bearing on the remaining Plaintiffs' claims against Defendants.

---

[1] The entity formerly known as Postmates Inc. was acquired by Uber Technologies, Inc. on December 1, 2020. Postmates, LLC is a wholly-owned subsidiary of Uber Technologies, Inc.

Respectfully submitted,

*Edward Normand* (signature)

Edward Normand
Velvel (Devin) Freedman
Stephen Lagos
**ROCHE FREEDMAN LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
tnormand@rochefreedman.com
vel@rochefreedman.com
slagos@rochefreedman.com

Gregory A. Frank
Marvin L. Frank
Asher Hawkins
**FRANK LLP**
305 Broadway, Suite 700
New York, New York 10007
Tel: (212) 682-1853
Fax: (212) 682-1892
info@frankllp.com

*Counsel for Plaintiffs*

Dated: September 1, 2022

(signature)

Eric S. Hochstadt
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
eric.hochstadt@weil.com

*Counsel for Defendant Grubhub, Inc.*

(signature)

Derek Ludwin
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001
dludwin@cov.com

Andrew A. Ruffino
**COVINGTON & BURLING LLP**
620 Eighth Avenue
New York, NY 10018
aruffino@cov.com

*Counsel for Defendant Uber Technologies, Inc. and Postmates, LLC*

SO ORDERED

(signature)
LEWIS A. KAPLAN, USDJ
9/15/22

2