# EXHIBIT A

The Wayback Machine - https://web.archive.org/web/20110519225710/http://www.chicagobusiness.com:80/article/20110518/NEWS07/110519862/grubhub-sued-over-menu-prices

Thursday, May 19th, 2011 | **Welcome!** | **My Settings** | **Log in** | **Register Now** | **Contact Us** | **Classifieds** | Subscribe Now | CRAIN'S EVENTS | **RSS Feeds**

Get Email News Alerts

DAILY NEWS | THIS WEEK'S CRAIN'S | INDUSTRY NEWS | MULTIMEDIA | LISTS | SMALL BUSINESS | BLOGS | GOLF | SOCIETY | REAL ESTATE DAILY

FINANCE | GOVERNMENT | HEALTHCARE | LAW | MANUFACTURING | MARKETING/MEDIA | CONSUMER | TECHNOLOGY | TRANSPORTATION

Home > Industry News > Consumer >

# GrubHub sued over menu prices

By: **John Pletz** May 18, 2011

ShareThis    Share    Print | Email | **Comments**

(Crain's) — GrubHub Inc. is being sued by a Chicago law firm that contends the online food-ordering website is violating consumer-fraud statutes because some restaurants charge higher prices to customers without disclosing it.

In its suit filed Tuesday in Cook County Circuit Court, Edelson McGuire LLC points to Cory Miller, who said he ordered a meal from Pompei Pizza on Sept. 3, 2009, and later discovered he was charged $1 more for fettuccini alfredo with chicken from the menu on GrubHub's site than Pompei's internal menu. GrubHub's website, however, said its service is free.

Both GrubHub and Pompei are named in the suit.

GrubHub denied the allegations but declined to comment on the specifics of the suit.

"While we strive to be 100% accurate, we also recognize that there are instances where a restaurant may not have notified us of menu changes or updates," the company said in a statement. "To help us better maintain the menus listed on the site, diners and restaurant owners can report any discrepancy they see."

Other Chicago-based coupon websites have also been taken to court for alleged fraud. Edelson McGuire sued Groupon Inc. a year ago over Illinois laws regarding expiration policies. The Chicago-based daily-deal service settled the suit for undisclosed terms.

It's not clear how many restaurants boost their prices for customers who order through GrubHub, nor is it clear whether GrubHub is liable if some restaurants charge higher fees. GrubHub doesn't charge consumers to use its site but gets a cut from restaurants of the value of orders placed through GrubHub.com.

GrubHub's competitor Seamless Web requires restaurants to charge the same prices online as in the restaurants, notes William Gray, the Edelson McGuire lawyer who filed the suit. His firm hopes to get GrubHub to drop its claim that it doesn't charge higher fees for online ordering, and to recover damages for all customers who have been charged higher prices than those who ordered from restaurants directly.

GrubHub is one of Chicago's fastest-growing online startups, raising more than $30 million from investors since November.

It isn't the first to be accused of a less-than transparent offer. Groupon was criticized for a Valentine's Day offer for flowers from FTD that disgruntled customers said penalized Groupon customers. The deal offered $20 off flowers and instructed Groupon users to a special FTD link. That link, however, showed prices that were $10 higher than special pricing offered on FTD's regular website. Customers also complained of shorter delivery windows and hidden service fees. Groupon scrambled to correct the issue and in the end got FTD to honor the lower pricing and refunded customers the difference if they paid more.

ShareThis    Share    Print | Email | **Comments**

**What do you think?**

RELATED CONTENT
RELATED CONTENT SPONSORED BY

TODAY'S FEATURES    «4 of 6»

Know your company logos?
Each letter in our Focus section cover comes from the logo of a company on Crain's annual list of the largest publicly held companies. Can you guess the company behind the letter?

See More

ADVERTISING

CRAIN'S FACEBOOK ACTIVITY

Most Viewed    Recent Blogs

Today's Most Viewed Headlines

GrubHub sued over menu prices
Groupon launching biggest deal yet, with Quiznos
Allstate buying Esurance, Answer Financial for $1 billion
Oprah draws celebrity crowd to United Center taping
United sorry for reviving Sept. 11 flight numbers

View All of Today's News Headlines

https://web.archive.org/web/20110519225710/https://www.chicagobusiness.com/article/20110518/NEWS07/110519862/grubhub-sued-over-menu-prices    1/2

(Note: Your first name and last initial will appear with your remarks.)

Advertisement

ADVERTISING

**SPECIAL FEATURES**



Market Facts: Exercise

This month Crain's looks at what communities are most likely to hit the gym.

Full Feature



Best Places to Work 2011

Take a tour of offices where team-building, volunteerism, personal growth and profits go hand-in-hand.

Full Feature



Crains' Dining Guide

Use our interactive map to pick your next business lunch or power diner. Plus, read all our reviews.

Full Feature

**USEFUL LINKS**

| REVIEWS | BUSINESS TOOLS | SERVICES | | ALSO IN CRAIN'S | |
|---|---|---|---|---|---|
| Special Car Review: Auto Week | Traffic | Classified | Advertise with Us | Daily News | Industry News |
| Chicago Restaurant Reviews | Weather | Download Top Lists | Contact Us | This Week's Crain's | Small Business |
| | Big Dates | About Us | 2011 Giving Guide | Lists | Society |
| | New Business Licenses | Subscription Center | Events | People on the Move | Real Estate |
| | Bankruptcies | Add Your Event | Crain's Events | | |
| | Federal Tax Liens | Crain's in Social Media | | | |

Privacy Policy | About Us | Contact Us | Back to Top
Copyright © 2011 Crain Communications, Inc.