UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIAM DAVITASHVILI ET AL,

                      Plaintiffs,

      -against-

GRUBHUB INC. ET AL,

                      Defendants.
-----------------------------------------------------------------X

**ORDER**

**20-CV-3000 (LAK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties must meet and confer regarding docket numbers 92 and 93 by **December 7, 2022**. By **December 14, 2022**, the parties shall file a joint letter no longer than five pages outlining any remaining discovery requests at issue and the parties' respective positions on each request.

      SO ORDERED.

DATED:    New York, New York
              November 30, 2022

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge