UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAM DAVITASHVILI, *et al.*,

        Plaintiffs,

v.

GRUBHUB INC., UBER TECHNOLOGIES, INC., and POSTMATES INC.,

        Defendants.

Civ. No. 1:20-cv-03000-LAK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-6-23

MEMO ENDORSED

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE PARTIES' MODIFIED SCHEDULING ORDER

Plaintiffs Mariam Davitashvili, Adam Bensimon, Phil Eliades, Jonathan Swaby, John Boisi, Nate Obey, and Malik Drewey (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, and Defendants Grubhub Inc., Uber Technologies, Inc., and Postmates, LLC (collectively, the "Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on January 24, 2023, Plaintiffs sought to modify the scheduling order (Dkt. No. 98);

WHEREAS, on January 27, 2023, Plaintiffs' request was granted (Dkt. No. 100);

WHEREAS, under the new schedule, Defendants' time to respond to Plaintiffs' expert report(s) and oppose class certification was reduced compared to the original schedule;

WHEREAS, Defendants seek a modification of the schedule to restore that time; and

WHEREAS, the Parties jointly consent to this extension;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, subject to the Court's approval, as follows:

1. All Parties agree to and propose the below, corrected modified schedule for the Court's consideration.

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| **Class Certification Stage** | | |
| Pre-class certification stage fact discovery cutoff | July 31, 2023 | July 31, 2023 |
| Plaintiffs' motion for class certification | July 31, 2023 | July 31, 2023 |
| Discovery cutoff regarding Plaintiffs' class certification expert report(s) | September 11, 2023 | October 6, 2023 |
| Defendants' opposition to Plaintiffs' motion for class certification | September 25, 2023 | October 20, 2023 |
| Discovery cutoff regarding Defendants' class certification expert report(s) | November 6, 2023 | December 4, 2023 |
| Plaintiffs' reply in support of their motion for class certification | November 20, 2023 | December 18, 2023 |
| Class certification hearing | December 11, 2023, or on an alternative convenient date to be determined by the Court | January 16, 2024, or on an alternative convenient date to be determined by the Court |

2

| Post-Class Certification Stage | | |
|---|---|---|
| Defendants' motions for summary judgment | January 15, 2024 | February 22, 2024 |
| Discovery cutoff regarding Defendants' merit expert report(s) | February 5, 2024 | March 20, 2024 |
| Plaintiffs' opposition to Defendants' motions for summary judgment | February 19, 2024 | April 3, 2024 |
| Discovery cutoff regarding Plaintiffs' merit expert report(s) | March 11, 2024 | April 24, 2024 |
| Defendants' reply in support of their motions for summary judgment | March 20, 2024 | May 3, 2024 |

The Clerk shall terminate DKT 101.  /s/

Date: February 9, 2023
New York, NY

Respectfully submitted,

/s/ *Eric S. Hochstadt*

David Lender
Eric S. Hochstadt
Luna Barrington
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
eric.hochstadt@weil.com
david.lender@weil.com

*Counsel for Defendant GrubHub Inc. (d/b/a Seamless)*

/s/ *Derek Ludwin*

Derek Ludwin
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001
dludwin@cov.com

Andrew A. Ruffino
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
aruffino@cov.com

*Counsel for Defendant Uber Technologies, Inc. and Postmates, LLC*

/s/ *Edward Normand*

Edward Normand
Stephen Lagos
Freedman Normand Friedland LLP
99 Park Avenue, 19th Floor
New York, NY 10016
tnormand@rochefreedman.com
slagos@rochefreedman.com

Gregory A. Frank
Marvin L. Frank
Asher Hawkins
FRANK LLP
305 Broadway, Suite 700
New York, New York 10007
Tel: (212) 682-1853
Fax: (212) 682-1892
info@frankllp.com

*Counsel for Plaintiffs*

SO ORDERED:

Dated: ___3/6___, 2023

Hon. Lewis A. Kaplan
United States District Judge

4