United States District Court for the Southern
District of New York

File Number 1:20-cv-03000-LAK-JW

| | |
|---|---|
| Mariam Davitashvili, et al., )<br>  )<br>      *Plaintiffs,* )<br>  )<br>  v. )<br>  )<br>Grubhub Inc., Uber Technologies, )<br>Inc., and Postmates Inc., )<br>  )<br>      *Defendants.* )<br>  )<br>  ) | Notice of Appeal |

Notice is hereby given that Grubhub Inc., defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the memorandum opinion entered in this action on the 16 day of March, 2023.

Dated: April 7, 2023

*/s/ David J. Lender*

David J. Lender
Eric S. Hochstadt
Luna Ngan Barrington
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Fax: (212) 310-8007