UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Plaintiff,  Davitashvili, et al.,

-v-

Defendant.  Grubhub, Inc.

------------------------------------------------------------x

AMENDED
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

20-CV-3000   ( LAK ) (JEW)

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/23

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
   DI 107

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

☐ All such motions: _____

*Do not check if already referred for general pretrial.

Dated  4/26/2023

SO ORDERED: _____
United States District Judge