**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DAVITASHVILI, et al.,

                Plaintiffs,                  **ORDER**

      -against-                  **20-CV-3000 (LAK) (JW)**

GRUBHUB INC., et al.,

                Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court was referred two specific motions, docket numbers 107 and 109. See Dkt. Nos. 108 and 113. Given the procedural posture of the case, Plaintiffs' two motions are **DENIED** without prejudice with leave to refile.

      **The Clerk of Court is respectfully requested to close docket numbers 107 and 109.**

      SO ORDERED.

DATED:    New York, New York
             July 31, 2025

                                                      *Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge