UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIAM DAVITASHVILI, ADAM BENSIMON, MIA SAPIENZA, PHILIP ELIADES, JONATHAN SWABY, JOHN BOISI, NATHAN OBEY, and MALIK DREWEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GRUBHUB INC., UBER TECHNOLOGIES, INC., and POSTMATES INC.,<br><br>    Defendants. | Case No. 1:20-cv-03000-LAK-JW |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Plaintiffs, Mariam Davitashvili, Adam Besimon, Philip Eliades, Jonathan Swaby, John Boisi, Nathan Obey, and Malik Drewey, in this action. I certify that I am admitted to practice before this Court.

Dated: September 30, 2025
       New York, NY

/s/ *Kyle W. Roche*
Kyle W. Roche
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, NY 10017
Tel: (646) 494-2900
kroche@fnf.law

*Attorney for Plaintiffs*