**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| ADAM BENSIMON, PHILIP ELIADES, JONATHAN SWABY, JOHN BOISI, NATHAN OBEY, MALIK DREWEY, ANTWAN ROBINSON, BENJAMIN FINER, JASMINE PIERCE, ABOUBAKRY DIACKO, ANNA MARQUEZ, JARED SWOOPE, PHILIP SMITH, CHRISTOPHER CRUZ, DUSTIN ROBERTS, MISTY WILLIAMS, ROBERT CURRIE, ARLESIA BENJAMIN, MARCUS ROBINSON, LEWIE LEWIS, MAURICE RAGLAND, and EMROY CAESAR, individually and on behalf of all others similarly situated, Plaintiffs, v. GRUBHUB INC., UBER TECHNOLOGIES, INC., and POSTMATES INC., Defendants. | Civ. No. 1:20-cv-03000-LAK |

**JOINT MOTION, STIPULATION, AND [PROPOSED] ORDER REGARDING**
**EXTENSION OF DISCOVERY AND BRIEFING DEADLINES**

Plaintiffs and Defendants (collectively, the "Parties"), through their undersigned counsel, jointly move for an approximately 45-day extension of the fact discovery and briefing deadlines reflected in the stipulated dates below:

**WHEREAS,** the Court entered a Case Management Plan on August 21, 2025 (ECF No. 136) setting deadlines for discovery and class certification briefing;

**WHEREAS**, the Parties have diligently engaged in discovery, including conducting depositions; serving and responding to written discovery requests; negotiating, reviewing, and producing custodial documents; and resolving technical data issues;

**WHEREAS**, despite that diligence, the Parties agree that additional time is needed to complete discovery, including with regard to reviewing recently produced and forthcoming documents and deposing recently identified fact witnesses, including the 16 individuals added as named plaintiffs in the Second Amended Complaint (ECF No. 145) filed on September 30, 2025;

**WHEREAS**, Plaintiffs have served 14 deposition notices since the stay was lifted on August 21, 2025, and advised Defendants that they may serve one more deposition notice by December 16, 2025; the Parties have met and conferred as required under the Joint Rule 26(f) Report and Discovery Plan (ECF No. 65); and the Parties have agreed to conduct no more than 15 depositions per side, an increase from the default number under Rule 30(a)(2)(A)(i) of the Federal Rules of Civil Procedure;

**WHEREAS**, the Parties further agree that this short, finite extension will allow the Parties to efficiently complete the discovery served to date and avoid unnecessary motion practice as the Parties continue to productively resolve discovery disputes;

**WHEREAS**, the outstanding discovery will also bear directly on the Parties' briefing of Plaintiffs' forthcoming motion for class certification;

**WHEREAS**, this is the Parties' first request for an extension of these deadlines since the stay was lifted;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel for all Parties that the schedule shall be modified as follows:

|  | Current | Proposed |
|---|---|---|
| **Deadline to Notice Depositions** | N/A | 12/16/2025 |
| **Fact Discovery Deadline** | 12/16/2025 | 01/30/2026 |
| **Plaintiffs' Motion for Class Certification** | 01/16/2026 | 03/02/2026 |
| **Defendants' Class Certification Opposition** | 03/17/2026 | 05/01/2026 |
| **Plaintiffs' Reply ISO Class Certification** | 05/15/2026 | 06/29/2026 |

DATED:   New York, New York
         November 25, 2025

*Edward Normand*

Edward Normand
Freedman Normand Friedland LLP
155 E. 44th Street, Suite 915
New York, NY 10017
tnormand@fnf.law

*Counsel for Plaintiffs*

Austin J. Green
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
a.j.green@weil.com

*Counsel for Defendant Grubhub Inc.*

Stacey Grigsby
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001
sgrigsby@cov.com

*Counsel for Defendants Uber Technologies, Inc. and Postmates, LLC*

IT IS SO ORDERED.
Dated: 12/1/25

HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

3

|  | Current | Proposed |
|---|---|---|
| Deadline to Notice Depositions | N/A | 12/16/2025 |
| Fact Discovery Deadline | 12/16/2025 | 01/30/2026 |
| Plaintiffs' Motion for Class Certification | 01/16/2026 | 03/02/2026 |
| Defendants' Class Certification Opposition | 03/17/2026 | 05/01/2026 |
| Plaintiffs' Reply ISO Class Certification | 05/15/2026 | 06/29/2026 |

DATED:   New York, New York
         November 25, 2025

Edward Normand
Freedman Normand Friedland LLP
155 E. 44th Street, Suite 915
New York, NY 10017
tnormand@fnf.law

*Counsel for Plaintiffs*

Austin J. Green
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
a.j.green@weil.com

*Counsel for Defendant Grubhub Inc.*

Stacey Grigsby
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001
sgrigsby@cov.com

*Counsel for Defendants Uber Technologies, Inc. and Postmates, LLC*

IT IS SO ORDERED.

Dated: _____

                              _____
                              HON. LEWIS A. KAPLAN
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK

3