UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM BENSIMON, PHILIP ELIADES, JONATHAN SWABY, JOHN BOISI, NATHAN OBEY, MALIK DREWEY, ANTWAN ROBINSON, BENJAMIN FINER, JASMINE PIERCE, ABOUBAKRY DIACKO, ANNA MARQUEZ, JARED SWOOPE, PHILIP SMITH, CHRISTOPHER CRUZ, DUSTIN ROBERTS, MISTY WILLIAMS, ROBERT CURRIE, ARLESIA BENJAMIN, MARCUS ROBINSON, LEWIE LEWIS, MAURICE RAGLAND, and EMROY CAESAR, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GRUBHUB INC., UBER TECHNOLOGIES, INC., and POSTMATES INC.,<br><br>        Defendants. | Civ. No. 1:20-cv-03000-LAK |

**JOINT MOTION, STIPULATION, AND [PROPOSED] ORDER REGARDING
EXTENSION OF DISCOVERY**

Plaintiffs and Defendants (collectively, the "Parties"), through their undersigned counsel, jointly move to extend the fact discovery deadline from Friday, January 30, 2026, to Monday, February 6, 2026, for the limited purpose of allowing two depositions to move forward:

**WHEREAS**, the Court entered a scheduling order on December 1, 2025, with a fact discovery deadline of January 30, 2026 (Dkt. No. 158);

**WHEREAS**, the Parties scheduled the Rule 30(b)(6) deposition of Defendant Uber Technologies, Inc. ("Uber") for Thursday, January 22, 2026;

1

**WHEREAS,** on Wednesday, January 21, 2026, Plaintiffs and Uber agreed to reschedule the deposition because the attorney for Plaintiffs who was scheduled to take the deposition had a medical issue;

**WHEREAS,** the first date that Plaintiffs' counsel, Uber's counsel, and Uber's witness are available for a rescheduled deposition is February 2, 2026;

**WHEREAS,** on September 19, 2025, Defendants noticed the deposition of Plaintiff Malik Drewey for October 17, 2025;

**WHEREAS,** on September 30, 2025, Plaintiffs' Second Amended Complaint (Dkt. No. 147) added sixteen new named plaintiffs;

**WHEREAS**, the Parties subsequently stipulated that each side could take up to fifteen depositions in this case (Dkt. No. 158), pursuant to which Defendants withdrew their notice of Mr. Drewey's deposition;

**WHEREAS,** on January 9, 2026, Plaintiffs' counsel indicated that certain named plaintiffs previously noticed for deposition by Defendants would no longer be pursuing their claims;[1]

**WHEREAS,** on January 16, 2026, Defendants noticed the deposition of Plaintiff Malik Drewey for January 28, 2026;

**WHEREAS,** the first date that Plaintiffs' counsel, Defendants' counsel, and Mr. Drewey are available for a deposition is February 6, 2026;

**WHEREAS,** this is the Parties' second joint request for an extension of the fact discovery deadline since the stay was lifted, with the prior request being granted on December 1, 2025 (Dkt. No. 158);

---

[1] This development will be addressed by a forthcoming stipulation and motion to withdraw.

**WHEREAS,** the requested extension will have no impact on the remaining deadlines in effect in this case;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel for all Parties that the schedule be modified to extend the fact discovery deadline from January 30, 2026, to February 6, 2026, for the limited purpose of allowing the deposition of Uber to occur on February 2, 2026, and the deposition of Mr. Drewey to occur on February 6, 2026.

DATED:    New York, New York
          January 29, 2026

*Edward Normand*
_____
Edward Normand
Freedman Normand Friedland LLP
155 E. 44th Street, Suite 915
New York, NY 10017
tnormand@fnf.law

*Counsel for Plaintiffs*

_____
Luna N. Barrington
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
luna.barrington@weil.com

*Counsel for Defendant Grubhub Inc.*

_____
Stacey Grigsby
Jeffrey Cao (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001
sgrigsby@cov.com
jcao@cov.com

*Counsel for Defendants Uber Technologies, Inc. and Postmates, LLC*

3

IT IS SO ORDERED.

Dated: _____          _____

                                         HON. LEWIS A. KAPLAN
                                         UNITED STATES DISTRICT JUDGE
                                         SOUTHERN DISTRICT OF NEW YORK