UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-2-26
```

---

ADAM BENSIMON, PHILIP ELIADES,
JONATHAN SWABY, JOHN BOISI,
NATHAN OBEY, MALIK DREWEY,
ANTWAN ROBINSON, BENJAMIN
FINER, JASMINE PIERCE, ABOUBAKRY
DIACKO, ANNA MARQUEZ, JARED
SWOOPE, PHILIP SMITH, CHRISTOPHER
CRUZ, DUSTIN ROBERTS, MISTY
WILLIAMS, ROBERT CURRIE, ARLESIA
BENJAMIN, MARCUS ROBINSON,
LEWIE LEWIS, MAURICE RAGLAND,
and EMROY CAESAR, individually and on
behalf of all others similarly situated,

     Plaintiffs,

v.

GRUBHUB INC., UBER TECHNOLOGIES,
INC., and POSTMATES INC.,

     Defendants.

Case No. 1:20-cv-03000-LAK

**STIPULATION OF PARTIAL
VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41**

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

3/2/26

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by their undersigned counsel, hereby stipulate that the claims of Philip Smith, Christopher Cruz, Aboubakry Diacko, Anna Marquez, Jasmine Pierce, Benjamin Finer, Misty Williams, Jared Swoope, and Maurice Ragland against Defendants Grubhub Inc., Uber Technologies, Inc., and Postmates, LLC shall be dismissed without prejudice and without costs or attorneys' fees to any party.[1] For the avoidance of doubt, this stipulation has no bearing on the remaining Plaintiffs' claims against Defendants.

---

[1] The entity formerly known as Postmates Inc. was acquired by Uber Technologies, Inc. on December 1, 2020. Postmates, LLC is a wholly-owned subsidiary of Uber Technologies, Inc.

Respectfully submitted,

*Edward Normand*

Edward Normand
Kyle W. Roche
Stephen Lagos
**FREEDMAND NORMAND
FRIEDLAND LLP**
155 E. 44th Street, Suite 915
New York, NY 10017
Tel: (646) 494-2900
tnormand@fnf.law
kroche@fnf.law
slagos@fnf.law

Richard Cipolla
John Super
**FREEDMAND NORMAND
FRIEDLAND LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 374-3700
rcipolla@fnf.law
jsuper@fnf.law

Gregory A. Frank
Marvin L. Frank
Asher Hawkins
**FRANK LLP**
305 Broadway, Suite 700
New York, New York 10007
Tel: (212) 682-1853
gfrank@frankllp.com
mfrank@frankllp.com
ahawkins@frankllp.com

*Counsel for Plaintiffs*

Dated:  February 26, 2026

Stacey K. Grigsby
Jeffrey Cao (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 10th Street, N.W.
Washington, D.C. 20001
Tel: (202) 662-6000
sgrigsby@cov.com
jcao@cov.com

*Counsel for Defendants Uber
Technologies, Inc. and Postmates, LLC*

Isaac J. Colunga (*PHV forthcoming*)
Sophie E.H. Rayzor  (*PHV forthcoming*)
**TAFT STETTINIUS & HOLLISTER
LLP**
111 E Wacker Dr., Ste. 2600
Chicago, IL 60601
(312) 527-4000
icolunga@taftlaw.com
srayzor@taftlaw.com

A. Christopher Brown
**TAFT STETTINIUS & HOLLISTER
LLP**
8th Street S
Minneapolis, MN 55402
(612) 977-8668
cbrown@taftlaw.com

*Counsel for Defendant Grubhub Inc.*

2