**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADAM BENSIMON, PHILIP ELIADES, JONATHAN SWABY, JOHN BOISI, NATHAN OBEY, MALIK DREWEY, ANTWAN ROBINSON, BENJAMIN FINER, JASMINE PIERCE, ABOUBAKRY DIACKO, ANNA MARQUEZ, JARED SWOOPE, PHILIP SMITH, CHRISTOPHER CRUZ, DUSTIN ROBERTS, MISTY WILLIAMS, ROBERT CURRIE, ARLESIA BENJAMIN, MARCUS ROBINSON, LEWIE LEWIS, MAURICE RAGLAND, and EMROY CAESAR, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>GRUBHUB INC., UBER TECHNOLOGIES, INC., and POSTMATES INC.,<br><br>     Defendants. | Civ. No. 1:20-cv-03000-LAK |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**
**AND APPOINTMENT OF CLASS COUNSEL**

PLEASE TAKE NOTICE that, upon this motion dated March 2, 2026, and the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, Declaration of Edward Normand in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, and exhibits thereto, Plaintiffs respectfully move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, Southern District of New York, at the courthouse thereof, 500 Pearl Street, New York, NY 10007, on a date and time to be set by the Court, for an Order certifying the Direct Dine-In Class and

Direct Takeout and Delivery Class pursuant to Federal Rule of Civil Procedure 23(b)(3); certifying the Restaurant Platform Class pursuant to Federal Rule of Civil Procedure 23(b)(2); appointing Plaintiffs as representatives of the Direct Dine-In and Direct Takeout and Delivery Classes; appointing Plaintiffs Boisi, Currie, Swaby, Obey, Eliades, and Lewis as representatives of the Restaurant Platform Class; and appointing Freedman Normand Friedland LLP and Frank LLP as counsel for each class.

Dated: March 2, 2026  
      New York, NY

Respectfully submitted,

*/s/ Edward Normand*  
Edward Normand  
Velvel (Devin) Freedman  
Kyle W. Roche  
Stephen Lagos  
**FREEDMAND NORMAND FRIEDLAND LLP**  
155 E. 44th Street, Suite 915  
New York, NY 10017  
Tel: (646) 494-2900  
tnormand@fnf.law  
vel@fnf.law  
kroche@fnf.law  
slagos@fnf.law  

Richard Cipolla  
John Super  
**FREEDMAND NORMAND FRIEDLAND LLP**  
225 Franklin Street, 26th Floor  
Boston, MA 02110  
Tel: (617) 374-3700  
rcipolla@fnf.law  
jsuper@fnf.law  

Gregory A. Frank  
Marvin L. Frank  
Asher Hawkins  
**FRANK LLP**  
305 Broadway, Suite 700  
New York, NY 10007  
Tel: (212) 682-1853  
gfrank@frankllp.com

mfrank@frankllp.com
ahawkins@frankllp.com

*Counsel for Plaintiffs*