UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

---

ADAM BENSIMON, PHILIP ELIADES,
JONATHAN SWABY, JOHN BOISI,
NATHAN OBEY, MALIK DREWEY,
ANTWAN ROBINSON, DUSTIN
ROBERTS, ROBERT CURRIE, ARLESIA
BENJAMIN, MARCUS ROBINSON,
LEWIE LEWIS, and EMROY CAESAR,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

GRUBHUB INC., UBER TECHNOLOGIES,
INC., and POSTMATES INC.,

        Defendants.

Case No. 1:20-cv-03000-LAK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-26

---

**PLAINTIFFS' ADAM BENSIMON, PHILIP ELIADES, JONATHAN SWABY, JOHN
BOISI, NATHAN OBEY, MALIK DREWEY, ANTAWN ROBINSON, ROBERT
CURRIE, AND LEWIE LEWIS'S MOTION FOR ORDER GRANTING LEAVE FOR
FREEDMAN NORMAND FRIEDLAND LLP TO WITHDRAW AS COUNSEL FOR
PLAINTIFFS DUSTIN ROBERTS, MARCUS ROBINSON, AND EMROY CAESAR,
AND FOR ORDER TO SHOW CAUSE**

Plaintiffs Adam Bensimon, Philip Eliades, Jonathan Swaby, John Boisi, Nathan Obey,

Malik Drewey, Antawn Robinson, Robert Currie, and Lewie Lewis ("Plaintiffs") respectfully

submit this Motion for (1) an order granting leave for Freedman Normand Friedland LLP ("FNF")

to withdraw as counsel for Dustin Roberts, Marcus Robinson, and Emroy Caesar ("Non-

Cooperating Plaintiffs") pursuant to Local Civil Rule 1.4, and (2) an order to show cause why the

Memorandum Endorsement                    Davitashvili v. Grubhub, Inc., 20-cv-3000 (LAK)

      The motion is denied without prejudice to renewal upon proof of service of the motion and a statement as to the opportunity to file papers in opposition, either through other counsel or *pro se,* on each of the plaintiffs with respect to whom counsel propose to withdraw.

      SO ORDERED.

Dated:      March 27, 2026

                    Lewis A. Kaplan
               United States District Judge