UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Mariam Davitashvili, et al.,

                       Plaintiff,

   v.

Grubhub Inc., et al.,

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

20-cv-3000 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-26

## ORDER

      The Show Cause Hearing scheduled for April 21, 2026 is moved up from 4:30 PM to 2:00 PM in Courtroom 21b.

DATED: April 16, 2026

                               _____
                                   Lewis A. Kaplan
                            United States District Judge